■ In the Matter of ERICH MILORD, Petitioner, v NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES, Respondent. [1 NYS3d 854]—

Proceeding pursuant to CPLR article 78 to review a determination of the New York State Department of Motor Vehicles Appeals Board dated May 28, 2013, which confirmed the determination of an administrative law judge dated January 18, 2013, after a hearing, finding that the petitioner violated Vehicle and Traffic Law § 392, and imposed a penalty.

Adjudged that the determination is confirmed, the petition is denied, and the proceeding is dismissed on the merits, with costs.

Judicial review of an administrative determination made after a hearing at which evidence was taken is limited to whether the determination is supported by substantial evidence based upon the entire record (*see* CPLR 7803 [4]). Moreover, the courts may not weigh the evidence or reject the choice made by an administrative agency where there is conflicting evidence and room for choice exists (*see Matter of Berenhaus v Ward*, 70 NY2d 436, 444 [1987]).

Here, substantial evidence supports the determination of the New York State Department of Motor Vehicles Appeals Board that the petitioner violated Vehicle and Traffic Law § 392 (*see Matter of Wagner v Fiala*, 113 AD3d 694 [2014]). Dillon, J.P., Leventhal, Chambers and Roman, JJ., concur.